## ATLAS SECURITIES COMPANY *v.* DERRINGER ET AL.

[No. 12,935. Filed January 6, 1928.]

From Vigo Superior Court; *John E. Cox,* Judge.

Action by the Atlas Securities Company against J. C. Derringer and Harvey Froderman, which was afterward dismissed as to Derringer. From a judgment for defendant, the plaintiff appeals. *Affirmed.* By the court in banc.

*Louis Rosenberg* and *Salem D. Clark,* for appellant.
*James L. Price* and *Winfield M. Fox,* for appellees.

DAUSMAN, J.—This action was instituted by the Atlas Securities Company against J. C. Derringer and Harvey Froderman

to replevin an automobile. The cause was dismissed as to Derringer. Defendant Froderman having filed an answer, the parties agreed on the evidential facts and a written statement thereof was filed. By agreement the cause was submitted to the court, without a jury, on the facts thus presented. The court found for the defendant. A motion for a new trial was overruled and that action of the court is the only error assigned.

Two reasons for a new trial are properly assigned, viz.: (a) That the decision is not sustained by sufficient evidence; and (b) that the decision is contrary to law. We have carefully considered the case in all its aspects and we find no reversible error.

Judgment affirmed.